IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FOUR WINDS MANUFACTURING, )
LLC ) No. 3-10-0144
)
v. )
)
ISOTEC INTERNATIONAL, INC. )

O R D E R

The initial case management conference was held on March 22, 2010. However, before entry of the initial case management order, the plaintiff filed a Notice of Voluntary Dismissal (Docket Entry No. 10), no answer or motion for summary judgment having been filed or served.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge